UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DARREN FITZGERALD MCGHEE,<br><br>  Defendant. | CR No. **CR19-0787-CJC**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II): Possession with Intent to Distribute Cocaine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II)]

On or about November 27, 2019, in Los Angeles County, within the Central District of California, defendant DARREN FITZGERALD MCGHEE knowingly and intentionally possessed with intent to distribute at

///

///

///

least five kilograms, that is approximately 6.002 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

[signature]

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

DOUGLAS D. HANSEN
Assistant United States Attorney
General Crimes Section